**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Brian S. Emery,

                Plaintiff,

    v.

Sergio Gonzalez, et al.,

                Defendants.

Case No. 2:26-cv-01296-GMN-DJA

**Order Setting Hearing**

    The Court **SETS** Defendants' motion to stay discovery (ECF No. 11) for a hearing on **Wednesday, July 22, 2026, at 1:30 PM in LV Courtroom 3A** before the Honorable Magistrate Judge Daniel J. Albregts.

    The Clerk's Office is kindly directed to **SEND** Plaintiff a copy of this order.

DATED: May 28, 2026

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE