**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Brian S. Emery,<br><br>Plaintiff,<br><br>v.<br><br>Sergio Gonzalez, Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case No. 2:26-cv-01296-GMN-DJA<br><br>**Order** |

Before the Court is Defendants' motion to stay discovery pending Defendant Las Vegas Metropolitan Police Department's ("LVMPD") motion to dismiss. (ECF No. 11). Defendants argue that a stay is warranted because the motion to dismiss, if granted, will greatly limit the scope of discovery and will impact whether special scheduling review is necessary for the parties' discovery plan. The Court set this matter for a hearing shortly after Defendants filed the motion to stay. (ECF No. 13). However, pro se Plaintiff Brian S. Emery has not responded to the motion, constituting his consent to the Court granting it under Local Rule 7-2(d).[1] The Court further finds that Defendants have shown good cause for the stay they seek. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 (D. Nev. Oct. 14, 2021). So, the Court grants the motion and will vacate the hearing set for July 22, 2026.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Defendants' motion to stay discovery (ECF No. 11) is **granted.**

**IT IS FURTHER ORDERED** that the parties must file a stipulated discovery plan within thirty days of the Court's ruling on LVMPD's motion to dismiss (ECF No. 10).

**IT IS FURTHER ORDERED** that the hearing set for July 22, 2026, at 1:30 p.m. (ECF No. 14) is **vacated.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: July 15, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE